**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

MALICK-FARDY B. TRAORE,

*Plaintiff,*

v.

PLANET HOME LENDING, LLC, et al.,

*Defendants.*

CIVIL ACTION
NO. 25-4767

**ORDER**

Over the past seven days, Malick-Fardy B. Traore filed thirty-one motions in three of his pending cases before the Court.  In this case, he filed four motions: Dkt. Nos. 57, 58, 59 & 60.  **AND NOW**, this 29th day of June, 2026, it is **ORDERED** each motion is **DENIED**:

1.  Traore's Motion for Relief, Motion to Vacate the Judgment and Motion for Relief for Fraud (Dkt. Nos. 57, 58 & 59) are **DENIED** because they are frivolous; and

2.  Traore's Motion to Disqualify/Recuse (Dkt. No. 60) is **DENIED** because a reasonable person, with knowledge of all the facts, would not conclude that the Court's impartiality might reasonably be questioned.  *See* (Order, Dkt. No. 43) (explaining in detail why Traore's attempts to disqualify the Court fail).

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.